## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**ROYAL WHITAKER III and**     )
**SUSAN WHITAKER,**     )
     )
     **Plaintiffs,**     )
     )     **CIVIL ACTION**
     **vs.**     )
     )     **No. 03-2551-CM**
**TRANS UNION CORPORATION,**     )
**EXPERIAN INFORMATION**     )
**SOLUTIONS, INC., and**     )
**CSC CREDIT SERVICES, INC.,**     )
     )
     **Defendants.**     )
_____)

## ORDER

On February 4, 2005, the Honorable G. Thomas VanBebber entered judgment for defendants and against plaintiffs in this case.  Although the court originally disallowed costs, defendant Trans Union Corporation asked the court to reconsider its decision, and the court ruled that defendant Trans Union was entitled to its costs in an Order dated October 14, 2005.  The Clerk of the Court taxed costs in the amount of $3,435.32 on February 24, 2006, and plaintiffs filed an Objection to Bill of Costs on February 28, 2006.  The court then retaxed costs in the amount of $2,167.60 on August 8, 2006.  On August 14, 2006, plaintiffs filed a second motion to retax costs (Doc. 249).  In their August 14 motion, plaintiffs again ask the court to disallow costs or limit costs to $500.

Plaintiffs do not offer a valid reason why the court should (1) reconsider its prior decision retaxing costs or (2) retax costs a second time (which, in any event, does not appear to be contemplated by the Federal Rules of Civil Procedure).  Plaintiffs merely rehash arguments previously considered by the court and raise arguments that they could have previously presented.

For these reasons, the court denies plaintiffs' second motion to retax costs (Doc. 249).

**IT IS SO ORDERED.**

Dated this 21st day of August 2006, at Kansas City, Kansas.

<u>s/ Carlos Murguia</u>
**CARLOS MURGUIA**
**United States District Judge**